OPINION — AG — ** WATER RESOURCES FUND GRANT ACCOUNT — TAXES — PURPOSE ** (1) 82 O.S. 1085.39 [82-1085.39] IS NOT IN VIOLATION OF ARTICLE X, SECTION 14, ARTICLE X, SECTION 15 (2) THE WATER RESOURCES BOARD HAS THE AUTHORITY TO ADMINISTER GRANTS UNDER THE TERMS OF 82 O.S. 1085.39 [82-1085.39] (SALE OF INVESTMENT CERTIFICATES, FUNDS, WATER, STATEWIDE WATER DEVELOPMENT REVOLVING FUND) CITE: 82 O.S. 1085.31 [82-1085.31], 82 O.S. 1085.32 [82-1085.32], 82 O.S. 1085.39 [82-1085.39] [82-1085.39], 82 O.S. 1085.40 [82-1085.40], OPINION NO. 83-001, OPINION NO. 82-183, ARTICLE X, SECTION 14, ARTICLE X, SECTION 15 (GEORGE R. BARR JR)